**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **SARVAR CHORIEV** | **CIVIL ACTION NO. 26-1831 SECTION P** |
| **VS.** | **JUDGE DAVID C. JOSEPH** |
| **WARDEN WINN CORRECTIONAL CENTER ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 15] is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Sarvar Choriev's petition is **DENIED AND DISMISSED WITHOUT PREJUDICE**.

THUS, DONE AND SIGNED in chambers on this 10th day of September, 2026.

David C Joseph

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE